PROB 12B
ED/AR (12/2010)

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 09 2012

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# United States District Court
## for the
## Eastern District of Arkansas

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Isauro Trevino                Case Number: 4:07CR00315-01 JLH

Name of Sentencing Judicial Officer:   Honorable J. Leon Holmes
                                       Chief United States District Judge

Offense:        Conspiracy to Possess With Intent to Distribute More Than 5 Kilograms of Cocaine Hydrochloride, a Class A Felony

Date of Sentence:   April 2, 2009

Sentence:       43 months Bureau of Prisons, 5 years supervised release, DNA, mandatory drug testing, substance abuse treatment, supervision in district of legal residency

Type of Supervision:   Supervised release        Date Supervision Commenced: April 4, 2011
                                                 Expiration Date: April 3, 2016

Asst. U.S. Attorney: Pat Harris                  Defense Attorney: To be appointed

U.S. Probation Officer: Jeffrey Means
Phone No.: 501-604-5252

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

> The defendant is required to participate in a community treatment center, halfway house or similar facility for a period of up to 4 months, beginning immediately.

### CAUSE

Mr. Trevino submitted a positive urine specimen for cocaine on May 30, 2012. On June 7, 2012, he admitted to using $20 worth of cocaine on May 27, 2012. Mr. Trevino was remorseful for his actions and admits to relapsing in an effort to self medicate from an illness. While under supervision, Mr. Trevino has not shown the ability to maintain stable employment and be consistent in attending drug treatment sessions. The defendant agrees to the proposed modification. Thus, it is respectfully requested that the modification be granted.

On June 22, 2012, Assistant Federal Public Defender Lisa Peters reviewed the waiver of hearing to modify the conditions of supervised release with Mr. Trevino.

PROB 49
(5/00)

RE: <u>TREVINO, ISAURO</u>
      <u>4:07CR00315-01-JLH</u>

## UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

**Waiver of Hearing to Modify Conditions
of Supervised Release or Extend Term of Supervision**

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release or the proposed extension of my term of supervision:

    <u>**COMMUNITY CONFINEMENT:**</u> The defendant is required to participate in a community treatment center, halfway house or similar facility for a period of up to 4 months beginning immediately.

Witness: _____  Signed: _____
Edward J. Flores                            Isauro Trevino
United States Probation Officer              Supervised Releasee

Date: 6/7/12                                 Date: 6-7-12

Asst. U.S. Attorney: Pat Harris
Prob 12B                                              -2-                              Request for Modifying the
                                                                                       Conditions or Terms of Supervision
                                                                                       with Consent of the Offender

Name of Offender: Isauro Trevino                                Case Number: 4:07CR00315-01 JLH

_____                               _____
Jeffrey Means                                                   Pat Harris
U.S. Probation Officer                                          Assistant U.S. Attorney

Date: June 26, 2012                                             Date: 6-28-12

---

This form is to be filed with Criminal Docketing as a motion.

---

THE COURT ORDERS:

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[✓]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

July 9, 2012
Date

This form is to be filed with Criminal Docketing as an order.

Approved:

_____
Jason Stewart
Supervising U.S. Probation Officer

JSM/clh

c:  Assistant U.S. Attorney, Pat Harris, P.O. Box 1229, Little Rock, AR 72203